# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-68** |
| **TIMOTHY HOOPER, WARDEN** | **SECTION "J"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 20), and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation (Rec. Doc. 21), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that LaShawn Smith's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20th day of September, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE